No. 462, Misc.  JACKSON *v.* UNITED STATES CIVIL SERVICE COMMISSIONERS ET AL.  United. States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *David L. Rose* for respondents.

No. 463, Misc.  PENNSYLVANIA EX REL. BURGE *v.* MARONEY, WARDEN.  Supreme Court of Pennsylvania. Certiorari denied.

No. 470, Misc.  JOHN *v.* GIBSON, CHIEF JUSTICE OF THE SUPREME COURT OF CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 498, Misc.  DARDEN *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 501, Misc.  JOHNSON *v.* MARTIN, WARDEN.  Appellate Division of the Supreme Court of New York, Fourth Judicial Department.  Certiorari denied.

No. 509, Misc.  RAGAN *v.* MADIGAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Acting Assistant Attorney General Ryan, Harold H. Greene* and *David Rubin* for respondent.

No. 516, Misc.  WHITE *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 544, Misc.  RISH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 564, Misc.  KESSLER *v.* RAGEN, WARDEN.  Circuit Court of Will County, Illinois.  Certiorari denied.